## *In re* HARRIS.

The identical question made in this case as to the form of the verdict in a case of capital homicide, was ruled in *West* v. *The State*, 79 *Ga.* 773.　　　　　　　　　　　　　　　*Judgment affirmed.*

December 18, 1893.

*Habeas corpus.* Before Judge FALLIGANT. Chatham superior court. December term, 1892.

Upon the trial of an indictment for murder, the jury found the prisoner "guilty of murder, with recommendation to the mercy of the court." After being sentenced to imprisonment in the penitentiary for his life, he brought a petition for *habeas corpus*, claiming that the sentence was illegal and not warranted by the verdict, as the jury had not recommended imprisonment for life, but should have done so in terms had such been their intention. The writ was dismissed.

W. E. MORRISON, for plaintiff in error.

W. W. FRASER, solicitor-general, *contra*.